**IN THE UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **CHROMIUM, LLC,** | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | **Case No.** 25-cv-743 (TSC) |
| | ) | |
| **SOULCYCLE M STREET, LLC, et al.** | ) | |
| Defendants | ) | |

**DISCOVERY PLAN PURSUANT TO RULE 26(f)**

**COME NOW,** Plaintiff Chromium, LLC ("Plaintiff") and Defendants SoulCycle M Street, LLC and SoulCycle, LLC (collectively, "Defendants"), by and through their counsel, and hereby file their Discovery Plan pursuant Federal Rule of Civil Procedure 26(f).

1. Rule 26(f)(3)(A): Initial disclosures pursuant to Federal Rule of Civil Procedure 26 shall be provided to the opposing party on or before June 10, 2025.
2. Rule 26(f)(3)(B): Discovery will be needed on all issues material to this matter. Discovery will be completed no later than October 1, 2025.
3. Rule 26(f)(3)(C): Any electronically stored information shall be produced, to the extent practicable, in a pdf or other permanent form. Either party may request electronically stored information to be produced in its native form if necessary to support a claim or defense.
4. Rule 26(f)(3)(D): Parties agree that any inadvertent disclosures of privileged information shall be returned to the producing party and shall not constitute a waiver of the privilege.
5. Rule 26(f)(3)(E): Discovery shall be limited as outlined in Federal Rule of Civil Procedure 26(b) and the Local Rules of the District of the District of Columbia.

6. Rule 26(f)(3)(F): The parties anticipate that a protective order may be required for confidential financial information. The parties agree that they shall confer in good faith should the need arise.
7. All motions to add parties to this action or to amend the pleadings shall be filed on or before August 1, 2025.
8. The parties do not anticipate requiring expert discovery in this action.
9. Each party may take up to two (2) depositions of fact witnesses without leave of Court or separate agreement by the parties. The parties reserve all rights to challenge any deposition notice as cumulative or unduly burdensome, or otherwise to seek relief from the Court.
10. This case should be heard by a District Judge and the parties do not consent to proceed before a Magistrate Judge.

Dated: May 28, 2025

Respectfully Submitted,

By: /s/ Jason R. Scherr

Jason R. Scherr, DC Bar 466645
jrscherr@morganlewis.com
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue NW
Washington, DC 20004
(202) 373 – 6709 (telephone)

/s/ A. Charles Dean

Jeffrey S. Romanick, DC Bar 441800
A. Charles Dean, DC Bar 983256
Gross, Romanick, Dean & DeSimone, P.C.
3975 University Drive, Suite 410
Fairfax, VA 22030
(703) 273-1400 (telephone)
(703) 385-9652 (facsimile)
adean@grddlaw.com