**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **TYRONE GIBSON,**<br><br>Plaintiff,<br><br>v.<br><br>**KIRKLAND & ELLIS, LLP,**<br><br>Defendant. | Civil Action No. 1:23-cv-3371 |

# SCHEDULING ORDER

**1. DEADLINES:**

It is hereby **ORDERED** that the parties shall adhere to the following deadlines:

| | |
|---|---|
| Deadline to Exchange Initial Disclosures | June 16, 2025 |
| Deadline to Amend the Pleadings | July 31, 2025 |
| Deadline to Join Additional Parties | July 31, 2025 |
| Plaintiff's Rule 26(a)(2) Expert Disclosures | November 28, 2025 |
| Defendant's Rule 26(a)(2) Expert Disclosures | December 30, 2025 |
| End of Discovery | January 30, 2026 |
| Defendant's Motion for Summary Judgment due | March 16, 2026 |
| Plaintiff's Response due | April 16, 2026 |
| Defendant's Reply due | April 29, 2026 |

**2. DEPOSITIONS AND INTERROGATORIES:**

Absent agreement of the parties or Order of the Court to the contrary, the parties shall be limited to no more than ten (10) depositions and no more than twenty-five (25) interrogatories per side.

**3. DISCOVERY DISPUTES:**

Counsel shall confer in good faith in an effort to resolve any discovery dispute. If counsel are unable to resolve the dispute, they must first **JOINTLY** submit, via email to chambers, a clear, concise description of the issues in dispute, each party's position on the disputed issues, and the parties' joint availability for an on-the-record telephone conference. The court will then respond as soon as practicable to schedule a telephone conference and provide the parties with call-in information.

**Counsel shall not file any discovery-related motion without a prior telephone conference with the Court and opposing counsel.**

Counsel are hereby notified that a party who does not prevail in a discovery dispute may be ordered to pay the costs involved, including reasonable attorney's fees.

**4. REQUEST FOR APPOINTMENT OF MEDIATOR:**

If at any point the parties desire to engage in mediation, with a Magistrate Judge or through the Mediation Program of the Circuit Executive's Office, the parties shall file a joint motion captioned "Joint Motion for Mediation."

**IT IS SO ORDERED**.

Date: June 3, 2025

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge